UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

METEOR AG, and its Interested Subrogated Underwriters,

        Plaintiff,

-against-

HOFSTETTLER & CO. LTD. INTERNATIONAL TRANSPORTS,

        Defendant.
------------------------------------------------------------x

**08 CV 3061**

Case No.: 08 Civ.    (   )

**JUDGE CEDARBAUM**

STATEMENT PURSUANT
TO RULE 7.1

[Stamp: RECEIVED MAR 26 2008 U.S.D.C. S.D.N.Y. CASHIERS]

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or refusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries or affiliates of that party which are publicly held:

    None.

Dated: New York, New York
       March 25, 2008

                      Yours, etc.,

                      **NICOLETTI HORNIG & SWEENEY**
                      Attorneys for Plaintiff

                      By: _____
                      Lawrence C. Glynn (LG 6431)
                      Wall Street Plaza
                      88 Pine Street
                      New York, New York 10005
                      (212) 220-3830
                      NH&S File No.:    00000806LCG