UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

METEOR AG, AND ITS INTERESTED SUBROGATED UNDERWRITERS
        Plaintiffs,

-V-

HOFSTETTLER & CO., LTD. INTERNATIONAL TRANSPORTS,
        Defendants.

**CERTIFICATE OF MAILING**

08 CV 3061 (MGC)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 27th day of March, 2008

I served the

Summons, Complaint & Rule 7.1 Statement

pursuant to the Federal Rule of Civil Procedure 4(f)(2)(c)(ii) filed and issued herein on the,

### 26th day of March, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8606 0479 4517**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# Nicoletti Hornig & Sweeney

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
THOMAS M. RITTWEGER †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. McGOWAN
VINCENT A. SUBA
SAMUEL C. COLUZZI †

LAWRENCE C. GLYNN †
VAL WAMSER †
KEVIN J.B. O'MALLEY
GUERRIC S.D.L. RUSSELL †
WILLIAM M. FENNELL
MICHAEL J. LARSON ∇
SCOTT D. CLAUSEN †
JANA SPERRY †◊

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

MICHAEL MARKS COHEN
LINDA D. LIN

OF COUNSEL

NEW JERSEY OFFICE:

401 CONTINENTAL PLAZA
HACKENSACK, NEW JERSEY 07601
TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

March 27, 2008

---

**FedEx Express — International Air Waybill**   /0195/0200/0035608945/6   Sender's

**1. From**
Date: 3/27/08
Sender's FedEx Account Number: 2035-2671-7
Sender's Name: Lawrence C. Glynn, Esq.   Phone: 212 220-3830
Company: NICOLETTI HORNIG, ETC
Address: 88 PINE ST FL 7
City: NEW YORK   State: NY
Country: US   ZIP: 10005

**2. To**
Company: Hofstettler & Co. Ltd.
Address: International Transports
Address: OH-4002
City: Basle
Country: Switzerland

**3. Shipment Information**
Commodity Description: documents

**4. Express Package Service**
☒ FedEx Intl. Priority

**5. Packaging**
☒ FedEx Envelope

**6. Special Handling**

**7a. Payment Bill transportation charges to:**
☒ Sender Acct. No. in Section 1 will be billed

**7b. Payment Bill duties and taxes to:**
☒ Sender

**8. Your Internal Billing Reference**
0-806

FedEx Tracking Number: 8606 0479 4517

521

040