```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
METEOR AG, and its Interested Subrogated
Underwriters,

           Plaintiff,

  -against-

HOFSTETTLER & CO. LTD. INTERNATIONAL
TRANSPORTS,

           Defendant.
----------------------------------------x

Case No.: 08 Civ. 3061 (MGC)

**NOTICE AND ORDER
OF DISCONTINUANCE**

    PLEASE TAKE NOTICE that the above captioned matter is hereby discontinued in its entirety pursuant to Fed. R. Civ. P. Rule 41(a)(1) with prejudice.

           Yours, etc.,

           **NICOLETTI HORNIG & SWEENEY**
           Attorneys for Plaintiff

           By: _____
           Lawrence C. Glynn (LG 6431)
           Wall Street Plaza
           88 Pine Street
           New York, New York
           (212) 220-3830
           NH&S File No.: 00000806LCG

Dated: New York, New York
       _____, 2008

SO ORDERED:

S/ _____
                    U.S.D.J.

*April 8, 2008*
*Case closed*

To:   Hofstettler & Co. Ltd
      International Transports
      OH-4002
      Basle, Switzerland